IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH E. KARNS, JR. and SARAH M. KARNS, husband and wife, | : |
| Plaintiffs, | : Civil Action No. 2:10-CV 00747 |
| vs. | : JURY TRIAL DEMANDED |
| WAL-MART STORES, INC. and WAL-MART SUPER CENTER, INC., | : ELECTRONICALLY FILED |
| Defendants. | : |

## STIPULATION

It is hereby stipulated by the Plaintiffs, RALPH E. KARNS, JR. and SARAH M. KARNS, husband and wife, and by the Defendant WAL-MART STORES EAST, L.P., a Delaware Limited Partnership, incorrectly designated as WAL-MART STORES, INC. and WAL-MART SUPER CENTER, INC., by and through their undersigned counsel that the above-captioned case shall be amended by correcting the names of the Defendant wherever they appear throughout the record of the case. The above-captioned matter shall now read as follows:

RALPH E. KARNS, JR. and SARAH M. KARNS, husband and wife, Plaintiffs,

vs.

WAL-MART STORES EAST, L.P., a Delaware Limited Partnership, Defendant.

| | |
|---|---|
| GOLDBERG, KAMIN & GARVIN, LLP | CIPRIANI & WERNER, P.C. |
| /s/ Robert J. Garvin Esq. | /s/ Jennifer M. Swistak Esq. |
| ROBERT J. GARVIN, ESQUIRE | JENNIFER M. SWISTAK, ESQUIRE |
| robertg@gkgattorneys.com | jswistak@c-wlaw.com |
| Attorney for Plaintiffs, | Attorney for Defendant |
| Ralph E. Karns, Jr. and Sarah M. Karns | Wal-Mart Stores East, L.P., a Delaware Limited Partnership |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH E. KARNS, JR. and SARAH M. KARNS, husband and wife, | : |
| Plaintiffs, | : Civil Action No. 2:10-CV 00747 |
| vs. | : JURY TRIAL DEMANDED |
| WAL-MART STORES, INC. and WAL-MART SUPER CENTER, INC., | : ELECTRONICALLY FILED |
| Defendants. | : |

## ORDER APPROVING STIPULATION

Pursuant to the foregoing Stipulation;

IT IS HEREBY ORDERED that the above-captioned title and record of cause of action is hereby amended and corrected to reflect the caption per the Stipulation attached.

DONE this 6th day of Aug, 2010.

_____
Gary L. Lancaster
United States District Judge