IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH E. KARNS, JR. and SARAH M. KARNS, husband and wife, | : : : |
| Plaintiffs, | : Civil Action No. 2:10-CV 00747 : |
| vs. | : JURY TRIAL DEMANDED : |
| WAL-MART STORES, INC. and WAL-MART SUPER CENTER, INC., | : ELECTRONICALLY FILED : : |
| Defendants. | : |

**ORDER OF DISMISSAL**

Pursuant to the forgoing Stipulation for Dismissal,

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Done this 27th day of January, 2011.

                                                                      BY THE COURT:

                                                                       s/Gary L. Lancaster
                                                                       _____, C.J.
                                                                       HON. GARY L. LANCASTER,
                                                                       CHIEF UNITED STATES DISTRICT JUDGE